UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
11-16-07
NOV 1 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
v. )      MAGISTRATE JUDGE NOLAN
)
VERNELL D. WILLIAMS )      07CR 758
)
)      CASE NUMBER: _____

## AFFIDAVIT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before <u>NAN R. NOLAN</u>, a United States Magistrate Judge, and being duly sworn on oath, states: that at the <u>WESTERN DISTRICT OF MICHIGAN</u>, one <u>VERNELL D. WILLIAMS</u>, was charged in an indictment with <u>conspiracy to distribute more than 50 grams of cocaine base and conspiracy to distribute more than five kilograms of cocaine in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(iii)</u>, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest and Indictment).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Ryan Rapaszki
Agent, Drug Enforcement Agency

Subscribed and Sworn to before me this
16th day of  November  , 2007.

_____
NAN R. NOLAN
United States Magistrate Judge

AUSA Bethany K. Biesenthal

Bond set [or recommended] by issuing Court at _____

AO 442   (Rev. 10/03) Warrant for Arrest



## UNITED STATES DISTRICT COURT

_____ Western _____ District of ___ Michigan _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>VERNELL D. WILLIAMS | **WARRANT FOR ARREST**<br><br>Case Number: **1:07-cr-249**<br>**Gordon J Quist**<br>**US District Judge** |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ VERNELL D. WILLIAMS _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with (brief description of offense)

conspiracy to distribute cocaine base and cocaine,

in violation of Title __21__ United States Code, Section(s) __846; 841(a)(1)__

HUGH W. BRENNEMAN, JR.                      _E. Coyle, Deputy Clerk_
Name of Issuing Officer                     Signature of Issuing Officer

Magistrate Judge                            _10-24-07_    Grand Rapids, Michigan
Title of Issuing Officer                    Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**FILED - GR**
October 24, 2007 4:20 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EC /

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

　　　　　　Plaintiff,

vs.

VERNELL D. WILLIAMS,
HOMER NATHANIEL HOLMES
　　(AKA: NATE),
KELLY DESHUN HEMPHILL,
KYLEY LANCE-RASHARD HILL,
and
TIMOTHY DARNELL McKINSTRY,

　　　　　　Defendants.
_____/

No.　　**1:07-cr-249**
　　　　**Gordon J Quist**
Hon.　**US District Judge**

INDICTMENT

The Grand Jury charges:

### COUNT ONE

(Conspiracy to Distribute Cocaine Base)

From in or about 2002 to in or about October, 2007, in the Western District of Michigan, Southern Division, and elsewhere, the Defendants,

VERNELL D. WILLIAMS,
HOMER NATHANIEL HOLMES (AKA: NATE),
KELLY DESHUN HEMPHILL,
KYLEY LANCE-RASHARD HILL,
and
TIMOTHY DARNELL McKINSTRY,

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the grand jury to distribute more than 50 grams of a mixture or substance containing a detectable amount of cocaine base, also

known as crack, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(iii).

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(iii)

## COUNT TWO

(Conspiracy to Distribute Cocaine)

From in or about 2002 to in or about October, 2007, in the Western District of Michigan, Southern Division, and elsewhere, the Defendants,

VERNELL D. WILLIAMS,
HOMER NATHANIEL HOLMES (AKA: NATE),
KELLY DESHUN HEMPHILL,
KYLEY LANCE-RASHARD HILL,
and
TIMOTHY DARNELL McKINSTRY,

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the grand jury to distribute more than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(ii).

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(ii)

A TRUE BILL

_____
GRAND JURY FOREPERSON

CHARLES R. GROSS
United States Attorney

B. RENÉ SHEKMER
Assistant United States Attorney
P.O. Box 208, 330 Ionia Avenue, NW
Grand Rapids, Michigan 49501-0208
(616) 456-2404