Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 758 - 1 | **DATE** | 11/16/07 |
| **CASE TITLE** | USA vs. Vernell D Williams | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Vernell D Williams appears in response to arrest on 11/16/07. Defendant informed of his rights. Removal proceedings held. Defendant waives identity hearing; the Court finds that the defendant Vernell D Williams is the person named in the arrest warrant. Detention hearing is set for 11/20/07 at 11:00 a.m. Defendant to remain in custody until further order of the Court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | LXS |
|---|---|---|