## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 758 - 1 | **DATE** | 11/20/07 |
| **CASE TITLE** | USA vs. Vernell D Williams | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government seeks detention. Detention hearing continued to 11/30/07 at 1:30 p.m. Defendant to remain in custody pending further order of the court. Government is directed to contact the Western District of Michigan for a new date on arraignment.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | LXS |
|---|---|---|