Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 758 - 1 | DATE | 12/7/2007 |
| CASE TITLE | USA vs. Vernell D Williams | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government seeks detention. Government and Defendant agree on certain conditions of release, over government's objection.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | LXS |
|---|---|---|